**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>MOTOR TANKER *VERONICA* BEARING INTERNATIONAL MARITIME NUMBER 9256860,<br><br>Defendant. | Case No. 1:26-cv-00993 (AHA) |

**VERIFIED CLAIM OF BUREVESTMARIN LLC**

1. Claimant Burevestmarin LLC ("Burevestmarin" or "Claimant"), pursuant to Title 18, United States Code, section 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Forfeiture Actions in Rem, and through its authorized representative, hereby claims an interest in the following defendant asset: MOTOR TANKER *VERONICA* BEARING INTERNATIONAL MARITIME NUMBER 9256860 (the "*Galileo*").[1]

2. Burevestmarin is a limited liability company registered in Russia.

3. Burevestmarin operates outside of the United States, has no U.S. person involved in its operations, management, or ownership, and is not and has never been a sanctioned entity under U.S. law.

4. Burevestmarin is the owner of the *Galileo* and has owned the vessel continuously since its acquisition on December 17, 2025. On that date, Burevestmarin acquired the *Galileo* pursuant to a Vessel Sale and Purchase Agreement.

---

[1] At the time Burevestmarin purchased MOTOR TANKER *VERONICA* BEARING INTERNATIONAL MARITIME NUMBER 9256860, the vessel was renamed "Galileo."

5. The acquisition of the *Galileo* by Burevestmarin on December 17, 2025, and all subsequent transactions involving the *Galileo* and Burevestmarin, have occurred outside of the United States, and have involved no U.S. persons, no U.S. financial institutions, no U.S. currency, and no U.S. nexus of any kind.

6. Although the Complaint in this matter is vague as to the time that the "conduct giving rise to forfeiture took place," 18 U.S.C. § 983(d)(2), to the extent that conduct occurred after December 17, 2025, Burevestmarin is an innocent owner as defined by 18 U.S.C. § 983(d)(2). To the extent the Government's Complaint can be read to suggest that the conduct giving rise to forfeiture occurred on or before December 17, 2025, at that time Burevestmarin was a *bona fide* purchaser for value and did not know, and was reasonably without cause to know, that the *Galileo* was subject to forfeiture by the United States. 18 U.S.C. § 983(d)(3)(A).

7. Burevestmarin had used the *Galileo* in the normal course of its business operations. At the time of the vessel's seizure on or about January 15, 2026, the *Galileo*'s engagement in the shipment of petroleum products involved no U.S. person or U.S. nexus, and the *Galileo* was not an asset belonging to or operated for the purpose of aiding any foreign terrorist organization.

Dated: October 2, 2026
Washington, DC

Respectfully submitted,

/s/ Michael J. Baratz
Michael J. Baratz, D.C. Bar No. 480607
**Steptoe LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
mbaratz@steptoe.com

Andrew C. Adams, N.Y. Bar No. 4727293*
**Steptoe LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
acadams@steptoe.com

* *pro hac vice* motion forthcoming

*Attorneys for Claimant Burevestmarin.*

# VERIFICATION

I, Ilya Ilyich Bugai, declare under penalty of perjury under the laws of the United States of America that I am a Director of Claimant Burevestmarin LLC; that I am authorized to sign this Verification on behalf of said Claimant; and that the facts stated in this Claim are true.

Executed on September 30, 2026

Ilya Ilyich Bugai
Director, Burevestmarin LLC

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ
ИНН 6200015453
"БУРЕВЕСТМАРИН"
LLC "BUREVESTMARIN"
ОГРН 1256200004697