**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br><br>Plaintiff,<br><br>v.<br>IN THE MATTER OF THE SEIZURE OF THE M/T VERONICA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9256860<br><br>Defendant *in rem*. | Civil Action No. 1:26-CV-00993<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF IRANIAN TERRORISM VICTIMS** |

**NOTICE OF VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT IN PROPERTY SUBJECT TO FORFEITURE *IN REM***

Claimants are victims of devastating acts of state-sponsored terrorism perpetrated by the Islamic Republic of Iran (the "Iranian Terrorism Victims").[1] Having endured indescribable loss of life and grievous injury at Iran's hands, the Iranian Terrorism Victims collectively hold judgments against Iran totaling $2,214,914,112 in compensatory damages, awarded under 28 U.S.C. § 1605A and its predecessor statute, 28 U.S.C. § 1605(a)(7).

By and through their undersigned counsel, the Iranian Terrorism Victims hereby submit their Verified Claims pursuant to Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G"). The Iranian Terrorism Victims assert their interests in the Motor Tanker VERONICA bearing International Maritime Number ("IMO") 9256860, together with the oil cargo laden on the VERONICA at the time it was seized by the U.S. Government in January 2026, including any substitute *res* following

[1] A full list of Claimants and the compensatory damages they have been awarded is included as Attachment A to the Verification of the Iranian Terrorism Victims' Claims.

an interlocutory sale (collectively, the "Defendant Property"), as defined in the United States' Verified Complaint for Forfeiture filed in this action on March 20, 2026 (the "Complaint").

In support of their Verified Claims, the Iranian Terrorism Victims state as follows:

## I. The Iranian Terrorism Victims Have Been Awarded Millions in Damages Against Iran.

1. The Iranian Terrorism Victims are 633 individuals who are direct victims, or the surviving family members of victims, of Iranian-sponsored terrorism, or the estates thereof.

2. Each of the Iranian Terrorism Victims holds an enforceable judgment against Iran that was entered because of Iran's sponsoring acts of terrorism in which the Iranian Terrorism Victims were murdered or injured.

### A. 1983 and 1984 U.S. Embassy and Embassy Annex Bombings in Beirut, Lebanon

3. In 1983 and 1984, Iran-sponsored terrorists targeted American servicemembers and embassy employees stationed in Beirut, Lebanon in two terrorist attacks on the U.S. Embassy and U.S. Embassy Annex, respectively (the "Beirut Embassy Attacks").[2] Iran provided material support and resources to the terrorists to carry out those attacks.[3]

4. On May 9, 2013, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C.), and awarded the Iranian Terrorism Victims in that case $1,126,539,000 in compensatory damages and $299,999,998.08 in punitive damages, for a total judgment amount of $1,426,538,998.08.[4]

---

[2] *See e.g., Doe v. Islamic Republic of Iran*, 808 F.Supp.2d 1, 7-9 (D.D.C. 2011).
[3] *Id.* at 16 ("[T]his Court concludes that [Islamic Republic of Iran and its Ministry of Information and Security] provided 'material support and resources' to Hizbollah in carrying out both the April 18, 1983 and the September 20, 1984 attacks on the U.S. Embassy and Embassy Annex in Beirut, Lebanon.").
[4] Order at 19, *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C. May 9, 2013), Dkt. 107.

5. On November 15, 2017, another group of Iranian Terrorism Victims from the Beirut Embassy Attacks (the "Smith Plaintiffs") moved to intervene in *Barry et al. v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.).[5] On February 4, 2020, the D.C. District Court awarded the Smith Plaintiffs $1,525,753,447.00 in compensatory damages.[6]

6. On June 13, 2022, the D.C. District Court awarded a default judgment against Iran in favor of the plaintiffs in *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C.), and awarded the Iranian Terrorism Victims in that case over $412,174,467 in compensatory damages and $15,246,333.91 in punitive damages.[7] On October 26, 2022, the court awarded $12,729,910 in compensatory damages and $470,879.37 in punitive damages to four additional Iranian Terrorism Victims as to whom the district court had previously reserved judgment.[8]

**B. 1984 Beirut, Lebanon Kidnappings**

7. On or about November 30, 1984, Iran-sponsored terrorists abducted Peter Kilburn, a librarian at the American University of Beirut, from his Beirut apartment.[9] During Mr. Kilburn's captivity, his captors sold him to another terrorist cell between April 14 and 17, 1986.[10] On April 17, 1986, sixteen months after his abduction, the terrorists executed Peter Kilburn and left his body on the side of the road outside Beirut.[11]

---

[5] *See generally* Complaint of John Smith in Intervention, *Barry et al. v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.), Dkt. 17.

[6] *See Barry v. Islamic Republic of Iran*, 437 F. Supp. 3d 15, 63 (D.D.C. 2020).

[7] Mem. Opinion at 54, *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C. June 13, 2022), Dkt. 43.

[8] Order at 5, *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C. October 26, 2022), Dkt. 53.

[9] *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 139 (D.D.C. 2010).

[10] *Id.* at 144.

[11] *Id.*

8. On June 12, 2001, Peter Kilburn's family and his estate brought suit against Iran for Iran's role in his abduction and murder. The D.C. district court entered a default judgment against Iran and in favor of the Kilburns and on March 30, 2010, awarded them, collectively, $11,030,000 in compensatory damages.[12]

### C. 1998 East Africa Embassy Bombings

9. On August 7, 1998, Iran-sponsored terrorists simultaneously bombed the U.S. embassies in Dar es Salaam, Tanzania and Nairobi, Kenya; killing hundreds and injuring thousands (the "East Africa Embassy Bombings").[13] Iran deliberately provided material support to the terrorists' planning, recruitment, and training activities and equipped them to carry out the East Africa Embassy Bombings.[14]

10. Several suits against both Iran and the Republic of Sudan (which also provided support to the terrorists) on behalf of the victims and their estates (including the Iranian Terrorism Victims) followed.

11. On May 9, 2012, the Iranian Terrorism Victims (there, the "Aliganga Plaintiffs") intervened in the case styled *Owens et al. v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C.) and brought claims against Iran, along with other defendants, for Iran's role in supporting the East Africa Embassy Bombings.[15]

---

[12] *Id.* at 157-158.
[13] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 132 (D.D.C. 2011).
[14] *Id.* at 135-139.
[15] *See* Complaint in Intervention, *Owens et al. v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. May 9, 2012). Dkt. 226.

12. Having previously issued a default judgment against Iran, on October 24, 2014, the district court entered an order that awarded the Iranian Terrorism Victims, collectively, $283,809,867 in compensatory damages.[16]

## II. The Iranian Terrorism Victims Are Entitled To Enforce Their Judgments.

13. The Iranian Terrorism Victims are all judgment-holders—either directly or as the estate, heir, or other beneficiary or successor-in-interest of the original judgment holder—in the above actions.

14. In total, the Iranian Terrorism Victims have been awarded $2,214,914,112 in compensatory damages against Iran. These judgments were entered to provide justice and compensation to the direct victims and family members of victims of Iran's sponsorship of, and direct responsibility for, devastating acts of terrorism. To date, Iran has refused to appear in any of the lawsuits against it and has not satisfied any portion of these judgments, which continue to accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

15. The Iranian Terrorism Victims and the damages they have each been awarded are listed in Exhibit 1 to the Verification of their Claims.

## III. The Defendant Property's Connection to Iranian-sponsored Terrorism

16. Iran has a long and well-documented history of using shadow fleets and ghost ships to evade the comprehensive sanctions regime the United States has imposed on the export of Iran's petroleum products. Critically, Iran channels the revenue from the illicit sale of its petroleum products directly into the furtherance of its terrorist activities—including those targeting the

---

[16] Amended Order, *Owens et al. v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. October 24, 2014). Dkt. 349.

United States and its nationals around the globe. The Defendant Property is a central component of that illicit enterprise.

17. The Islamic Revolutionary Guard Corps ("IRGC") and the IRGC Quds Force ("IRGC-QF") use a network of shipping companies and front companies to hide their involvement in the sale and shipment of Iranian oil. Specifically, the Department of the Treasury's Office of Foreign Assets Control ("OFAC") has found that the IRGC-QF uses a "complex network of intermediaries … to obfuscate its involvement in selling Iranian oil." Complaint ¶13.

18. As alleged by the Government, the IRGC "generates substantial revenues from the sale of petroleum products" and "uses the proceeds from the distribution of petroleum to fund its terror activities." Complaint ¶¶14, 15.

19. The Secretary of the Treasury has previously found that holding groups and companies in the petrochemical sector and elsewhere "provide financial lifelines to the IRGC." Complaint ¶13.

20. OFAC has designated numerous Iranian agencies and instrumentalities that are involved in perpetrating state-sponsored terrorism or in the smuggling and sale of illicit petroleum products as a source of funding for those acts of terrorism.

21. In October 2007, OFAC designated the IRGC-QF under Executive Order 13,224. Complaint ¶16.

22. In October 2017, OFAC also designated the IRGC pursuant to Executive Order 13,224 for providing material support, including training, personnel, and military equipment, to the IRGC-QF. Complaint ¶16.

23. In October 2020, OFAC "designated the Iranian Ministry of Petroleum under Executive Order 13,224 for providing financial support to the Islamic Revolutionary Guard Corps

– Quds Force ("IRGC-QF")." Complaint ¶10. "OFAC found that '[t]he Iranian Ministry of Petroleum has been used by individuals at the highest levels of the Iranian regime to facilitate the IRGC-QF's revenue generation scheme.'" Complaint ¶10.

24. In October 2020, OFAC also designated the National Iranian Oil Company pursuant to Executive Order 13,224 "for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, the IRGC-QF." Complaint ¶21. "According to OFAC, the distribution of NIOC oil 'helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies.'" Complaint ¶20.

25. The VERONICA is a crude-oil tanker built in 2003 flying a false Guyanese flag. Complaint ¶¶26. According to publicly available sources, since at least in or around March 2022, the VERONICA has been owned by MG-Flot, LLC ("MGF"), a Russian-registered entity. Complaint ¶28.

26. On February 22, 2022, OFAC designated the VERONICA under its prior name for being property of a Russia-based Promsvyazbank. MGF's chairman was designated by OFAC in September 2024 for operating or have operated in the defense or related material sector of the Russian Federation economy. He and his companies have been a critical part of the transfer of lethal aid to drone assembly plants for the Russian Ministry of Defense, with support from Iran. According to a publicly available corporate database, MGF shares a phone number with a Russia-based cargo handling company, which is owned by an Iranian company. Complaint ¶28.

27. The Defendant Property has exhibited multiple incidents of AIS spoofing in connection with ship-to-ship ("STS") transfers of illicit oil. Complaint ¶29. A data and analytics company reports that the VERONICA exhibited multiple spoofing incidents between 2024-2025, including repeated falsified transmissions near Iran and the United Arab Emirates. Complaint ¶32.

28. Between August 2023 and August 2024, the VERONICA loaded more than 2 million barrels of Iran-origin crude oil from Iran. Complaint ¶41-43, 45. In July 2024, the VERONICA received at least part of the 1.94-million-barrel cargo of M/T SKIPPER (IMO 9304667). The SKIPPER is a crude oil tanker that was designated in November 2022 as part of a sanctions evasion network working in support of the IRGC-QC and Hizballah. Complaint ¶44.

## IV. Under TRIA, The Iranian Terrorism Victims Have An Interest in the Defendant Property.

29. The Terrorism Risk Insurance Act ("TRIA") provides that "[n]otwithstanding any other provision of law," those who hold judgments against a "terrorist party" may execute on the "blocked assets" of that terrorist party or its "agency or instrumentality" "to satisfy such judgment[s] to the extent of any compensatory damages." Pub. L. No. 107-297, § 201(a), 116 Stat. 2322, 2337 (2002), codified at 28 U.S.C. § 1610 Note. Accordingly, TRIA overrides "the civil-forfeiture statute."[17]

30. The Iranian Terrorism Victims are judgment creditors of Iran as a direct result of Iran's acts of state-sponsored terrorism. TRIA thus entitles the Iranian Terrorism Victims to execute on the Defendant Property to satisfy those judgments.[18] This statutory entitlement confers upon the Iranian Terrorism Victims a possessory interest in the Defendant Property that is superior to the Government's forfeiture claim, and which permits them to bring the claims asserted herein. To the extent that the Defendant Property (or the proceeds of any sale thereof) is not required to be transferred to the Iranian Terrorism Victims, it is required to be deposited into the United States Victims of State Sponsored Terrorism Fund for the benefit of all eligible U.S. victims of state-sponsored terrorism. *See* 34 U.S.C. § 20144(e)(2)(A).

---

[17] *Est. of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1 (D.C. Cir. 2025).
[18] TRIA § 201(a).

31. In the context of a forfeiture action, at this stage of the proceedings, the Iranian Terrorism Victims need only "*allege* a colorable interest in the property."[19]

32. The Iranian Terrorism Victims satisfy—and indeed exceed—the "colorable interest" threshold. As set forth below, each element necessary to establish the Iranian Terrorism Victims' interest in the Defendant Property under TRIA is met:

a. First, as demonstrated above, the Iranian Terrorism Victims hold substantial judgments for compensatory damages against Iran predicated on acts of terrorism, entered under 28 U.S.C. § 1605A or its predecessor statute 28 U.S.C. § 1605(a)(7).

b. Second, Iran is a "terrorist party" because it has been designated as a state sponsor of terrorism under the Export Administration Act of 1979.[20]

c. Third, the Defendant Property was owned or operated for the benefit of Iran's agencies or instrumentalities. As alleged in the Complaint, NIOC is a subsidiary of the Iranian Ministry of Petroleum, and the Iranian Oil Terminals Company ("IOTC") and the National Iranian South Oil Company ("NISOC") are, in turn, subsidiaries of NIOC. Complaint ¶¶7, 20, 22, 26. Iran's constitution vests ownership of all large-scale industries, including oil resources, in the state (Article 44), and Iran's Oil Law expressly provides that "[t]he country's oil resources are part of the Anfal and public wealth" belonging to the Islamic government. Complaint ¶¶8, 9. The Government itself alleges that the Defendant Property

---

[19] *U.S. v. $9,781,900.00 of Funds in the Name of Falcon Strategic Sols.*, --- F. Supp. 3d ---, 2025 WL 3470138, at *3 (D.D.C. Dec. 3, 2025) (quoting *United States v. Seventeen Thousand Nine Hundred Dollars ($17,900.00) in U.S. Currency*, 859 F.3d 1085, 1090 (D.C. Cir. 2017)) (emphasis in original).

[20] *See* TRIA § 201(d)(4); Exec. Order No. 13599, 77 Fed. Reg. 6659 (Feb. 5, 2012).

affords NIOC, IOTC, and NISOC—each an agency or instrumentality of Iran—"sources of influence" over the IRGC. Complaint ¶¶1, 50. The Defendant Property materially served Iran in avoiding sanctions while providing the material function of illicitly selling its energy resources, at Iran's direction and behest.

d. Fourth, under TRIA, "[b]locked assets" include "any asset seized or frozen by the United States" pursuant to the International Emergency Economic Powers Act.[21] The Government has used its authority under that statute to "block" all Iranian property in the United States, including the property of agencies or instrumentalities of Iran.[22]

33. Accordingly, in compliance with Rule G, the Iranian Terrorism Victims assert a claim against an amount of the Defendant Property as may be necessary to satisfy the full measure of outstanding compensatory damages owed to the Iranian Terrorism Victims under their judgments against Iran, together with all accrued post-judgment interest, calculated as of the date the Defendant Property is valued for purposes of judgment.

* * *

34. Pursuant to 28 U.S.C. § 983(a) and Rule G, the Iranian Terrorism Victims hereby assert a claim to the Defendant Property—as the property of an agency or instrumentality of Iran—that is senior to the Government's forfeiture claim. Congress enacted TRIA precisely to ensure that victims of state-sponsored terrorism may recover against the assets of their terrorist attackers. Notwithstanding the Government's forfeiture efforts, the Iranian Terrorism Victims reserve all

[21] TRIA § 201(d)(2)(A).
[22] 31 C.F.R. §§ 510.211, 560 *et seq.*, 594.201(a)(5).

rights and remedies available in law and equity to enforce their interest in the Defendant Property and to obtain the compensation to which they are entitled.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Aryeh S. Portnoy*

Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Michael Williams, D.C. Bar No. 90006255

CROWELL & MORING LLP
600 5th Street., N.W.
Washington, D.C. 20001
(202) 624-2500

*Attorneys for Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed the foregoing Notice of Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* and its attachments, including Verification of Victims' Claims, via CM/ECF for the United States District Court for the District of Columbia and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: October 5, 2026

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy

# VERIFICATION OF CLAIM

I, Clara Leah Aliganga, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
Clara Leah Aliganga
2CDAEA2539064C5...

# VERIFICATION OF CLAIM

I, Dexter Lenar Baker, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:

Dexter Lenar Baker

188F136EDD8C409...

## VERIFICATION OF CLAIM

I, Edith Lynn Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
Edith Lynn Bartley
2877416201914BD...

# VERIFICATION OF CLAIM

I, Angela Ann Pierce, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Angela Ann Pierce
1E0EB00BCCEF420...

**VERIFICATION OF CLAIM**

I, Arnesia Ann Byers, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Arnesia Ann Byers
7C4DF900A82046E...

## VERIFICATION OF CLAIM

I, Terry Patrick Byers, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
[signature]
A886EA6180134DA...

## VERIFICATION OF CLAIM

I, Mary Jones Mitchell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Mary Jones Mitchell
1DEAA8FBF4E149E...

# VERIFICATION OF CLAIM

I, Jewell Patricia Neal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Jewell Patricia Neal
2593EF30AA7C45C...

**VERIFICATION OF CLAIM**

I, Kevin Maurice McCray, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
[signature]
D7CF49449D4849C...

# VERIFICATION OF CLAIM

I, Lori Elaine Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Lori Elaine Dalizu
81E423FBE45D430...

# VERIFICATION OF CLAIM

I, Mangairu Vidija Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

DocuSigned by:
Mangairu Vidija Dalizu
AD62FA4DA8E64DF...

# VERIFICATION OF CLAIM

I, Rose Corneal Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Rose Corneal Freeman
5035FDB13611435...

# VERIFICATION OF CLAIM

I, Deborah Hobson-Bird, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:

[signature]

430142EC6D984FA...

# VERIFICATION OF CLAIM

I, Meghan Elizabeth Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:

E3478C42A416468...

# VERIFICATION OF CLAIM

I, Catherine F. Schott Murray, Adm CTA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Catherine F. Schott Murray, Adm CTA
36F4F750D65D4BD...

# VERIFICATION OF CLAIM

I, MAYA PIA KAVALER, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:

Maya Pia Kavaler

8679F9FC2F7B47E...

# VERIFICATION OF CLAIM

I, Richard Martin Kavaler, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Richard Martin Kavaler
08EDBE3AD9BC4FE...

## VERIFICATION OF CLAIM

I, Steven Timothy Kilburn, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Steven Timothy Kilburn
482C1E880A4C460...

## VERIFICATION OF CLAIM

I, Maisha Kirk Humphrey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Maisha Humphrey
8DFB5B2D8FD348E...

# VERIFICATION OF CLAIM

I, Robert Kirk, Jr.__________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:

____________________________

6FE5A9246AA942F...

**VERIFICATION OF CLAIM**

I, Wallace LaMar Williams, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Wallace LaMar Williams
1BE36289F76349E...

# VERIFICATION OF CLAIM

I, Kathleen Marie Ferrari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:

4DF65D69080B4B2...

## VERIFICATION OF CLAIM

I, Steven Jacob Nickel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Steven Jacob Nickel
217DC4A799C340B...

**VERIFICATION OF CLAIM**

I, Douglas Norman Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
Douglas Norman Klaucke
0B5F9BB5474D44C...

**VERIFICATION OF CLAIM**

I, Emily Boellert Vander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:

94EFA4D5431441F...

# VERIFICATION OF CLAIM

I, James Robert Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
[signature]
3D5CA6C0B0BF403...

**VERIFICATION OF CLAIM**

I, Joseph Denegre Martin, IV, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Joseph Denegre Martin, IV
D0085BBB72FD45B...

**VERIFICATION OF CLAIM**

I, Karen Marie Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Karen Klaucke
8C8AECB8D578414...

**VERIFICATION OF CLAIM**

I, Michael Hawkins Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

DocuSigned by:
[signature]
DEE897C124CE4D0...

# VERIFICATION OF CLAIM

I, Stephen Harding Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Stephen Harding Martin
AA4696BBFA884A6...

# VERIFICATION OF CLAIM

I, Susan Elizabeth Bryson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

DocuSigned by:
Susan Elizabeth Bryson
5E6C9AC5FED549C...

**VERIFICATION OF CLAIM**

I, William Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

DocuSigned by:

9E2567775F424A0...

**VERIFICATION OF CLAIM**

I, John Anthony Jaramillo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

DocuSigned by:
[signature]
D05D1027C5234E4...

## VERIFICATION OF CLAIM

I, James P O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
James P O'Connor
C329474D2AE544D...

**VERIFICATION OF CLAIM**

I, Jennifer E Perez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

DocuSigned by:
Jennifer E Perez
F19D4CD6643C471...

**VERIFICATION OF CLAIM**

I, Micaela Ann O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Micaela Ann O'Connor
730656F1A3D947F...

**VERIFICATION OF CLAIM**

I, Tara Colleen Vironda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
Tara Colleen Vironda
8D71CEC4C06A446...

**VERIFICATION OF CLAIM**

I, Christa Gay De Gracia, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Christa Gay De Gracia
7B542B147B18423...

**VERIFICATION OF CLAIM**

I, Kimberly Ann Zimmerman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Kimberly Ann Zimmerman
EDD551B115AD4BA...

# VERIFICATION OF CLAIM

I, Marsey Gayle Cornett, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Marsey Gayle Cornett
CFB0E14502C34E2...

# VERIFICATION OF CLAIM

I, Melissa Ann Comelek, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Melissa Ann Comelek
531DE97DD74F432...

# VERIFICATION OF CLAIM

I, Albert F. Pearson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Albert F. Pearson
61A255F97BE84E3...

**VERIFICATION OF CLAIM**

I, William Whildey Pearson II, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
William Whildey Pearson II
AE2990DECFA24CF...

**VERIFICATION OF CLAIM**

I, Berge Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

DocuSigned by:
Berge Pechtimaldjian
A1C637A1F4DD4CF...

# VERIFICATION OF CLAIM

I, Angela Estes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
A. Estes
431275502D14470...

## VERIFICATION OF CLAIM

I, John Robert Pezzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:

F7F3C6202A604E4...

**VERIFICATION OF CLAIM**

I, Melissa Renee Allen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Melissa Renee Allen
2FEDF46168D2469...

## VERIFICATION OF CLAIM

I, Rosalia Theresa Pezzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Rosalia T. Pezzi
30D025DA41FA4FA...

**VERIFICATION OF CLAIM**

I, Elizabeth D Weddle, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

DocuSigned by:
Elizabeth D Weddle
0D4672B5524946B...

## VERIFICATION OF CLAIM

I, Michael Alan Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:

815C5E96369C4EF...

# VERIFICATION OF CLAIM

I, Mary Linda Sue Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
[signature]
1FAF35EAB6CA449...

## VERIFICATION OF CLAIM

I, June Beverly Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:

6A9FB4F770384E4...

# VERIFICATION OF CLAIM

I, Temina Engesia Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
T. Dalizu
1D971D45DA7A448...

## VERIFICATION OF CLAIM

I, Renee Jean Essington, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Renee Jean Essington
1707A3E891644F0...

**VERIFICATION OF CLAIM**

I, Robert Essington Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

DocuSigned by:

3D367D0AB5654EF...

**VERIFICATION OF CLAIM**

I, Brandi Hardy Plants, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
[signature]
2CEC7062D4B8410...

**VERIFICATION OF CLAIM**

I, Bonnie Sue Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

Signed by:
Bonnie Sue Hobson
5B0A93CA45604D0...

**VERIFICATION OF CLAIM**

I, Kimberly Ann Milling, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Kimberly Ann Milling
3E5CF67D36B2474...

## VERIFICATION OF CLAIM

I, Rebecca Louise Jaramillo McCullough, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:

[signature]

C312A8DB32CB434...

## VERIFICATION OF CLAIM

I, Natalie Jaramillo Ortberg, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:

[signature]

5A9369B74483441...

# VERIFICATION OF CLAIM

I, Christa Gay De Gracia, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Christa Gay De Gracia
7B542B147B18423...

**VERIFICATION OF CLAIM**

I, Leo Rene Pezzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Leo Rene Pezzi
CE7076F32F6C491...

## VERIFICATION OF CLAIM

I, Randell Craig Doane, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

DocuSigned by:
Randell Craig Doane
4E54C6DCFAA34B6...

# VERIFICATION OF CLAIM

I, Allison Ourso Brigham, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15 September 2026

Signed by:
Allison Ourso Brigham
A96779B2B45C4DB...

**VERIFICATION OF CLAIM**

I, Darryl Christopher Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 September 2026

Signed by:
Darryl Christopher Freeman
1DABD52729AB4F9...

**VERIFICATION OF CLAIM**

I, yolanda freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

DocuSigned by:
yolanda freeman
0C0157232AA0442...

# VERIFICATION OF CLAIM

I, Shpwan Rayett Watson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 26 September 2026

Signed by:

[signature]

81E28344C2744E4...

**VERIFICATION OF CLAIM**

I, Levar Travis Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 18 September 2026

Signed by:
Levar Travis Freeman
EC7BB9354AA64CF...

# Verifications for Claimants identified in Exhibit 1 rows 88-633 filed UNDER SEAL